OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE

$ 00.26⁵
PITNEY BOWES

02 1R
0006557458     MAR 02 2015
MAILED FROM ZIPCODE 78701

**2/20/2015**
PERKINS, JEREMIAH MAURICE     Tr. Ct. No. CR-2554-08-H(1)     WR-82,918-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.     DO NOT AGREE

RELEASED
UNABLE TO LOCATE

Abel Acosta, Clerk

JEREMIAH MAURICE PERKINS
DANIEL UNIT - TDC # 1630098
938 SOUTH FM 1673
SNYDER, TX  79549

AMK